

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00079-CR

_____

**ROLANDO BARRAGAN,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2011-1161-C1**

_____

## O R D E R

_____

The appellant's brief is overdue in this appeal.

We abate this appeal to the trial court to conduct any necessary hearings within 21 days of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3).  TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 28 days of the date of this Order.  *See id.*

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal abated
Order issued and filed October 15, 2015

